# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS



SUMMONS IN A CIVIL CASE

MEGAN N. BELL

        V.

OVERLAND BOND & INVESTMENT
CORPORATION

CASE NUMBER: 1:24-cv-04513

ASSIGNED JUDGE: Hon. Franklin U. Valderrama

DESIGNATED
MAGISTRATE JUDGE: Hon. Beth W. Jantz

TO: (Name and address of Defendant)

OVERLAND BOND & INVESTMENT CORPORATION
c/o REGISTERED AGENT
C T CORPORATION SYSTEM
208 SO LASALLE ST, SUITE 814
CHICAGO, IL 60604-1101

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Marwan R. Daher
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*[signature]*

(By) DEPUTY CLERK



June 3, 2024

DATE

Civil Action No. 1:24-cv-04513

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Megan Bell v Overland Bond & Investment Corporation
was received by me on *(date)* 06/04/2024

☐ I personally served the summons on the individual at *(place)* 208 S. LaSalle Street, Suite 814, Chicago, IL
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Derrick Hackett - Intake Specialist - CT Corporation, who is designated by law to accept service of process on behalf of *(name of organization)*
Overland Bond & Investment Corporation on *(date)* 06/05/2024 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/05/2024

*Server's signature*

Michael Costanza - Process Server
*Printed name and title*

FOR: R.O.S. Consulting, Inc. 117-001339
23900 W. Industrial Drive, Suite 3
Plainfield, IL 60585
*Server's address*

Additional information regarding attempted service, etc: